Brenda M. Freedman

███████████████████

(address intentionally blank)

Hon. Elizabeth A. Wolford

United States District Court,

Western District of New York

2 Niagara Square

Buffalo, NY 14202

February 23, 2026

Re:  Case No. 25-CV-6421, Docket No. 12

Case No. 25-CV-6276, Docket No. 6

Dear Judge Wolford,

I respectfully write to request that a letter filed in the above-referenced matters be sealed and removed from public access—specifically, the letter submitted by David Erhardt, together with its enclosures, filed on January 29, 2026. If granted, I further request this letter also be sealed.

One of the enclosures to Mr. Erhardt's submission is a letter purportedly authored by my friend, Lieza Zionts. Upon information and belief, that letter was not written by Ms. Zionts. The correspondence references me by name and contains allegations that I colluded with Ms. Zionts and others to defraud Mr. Erhardt. I categorically and unequivocally deny these allegations.

If left accessible to the public, these unverified and disputed accusations have the potential to cause serious reputational harm and to mislead readers reviewing the docket. For these reasons, I respectfully request that the Court seal the January 29, 2026 submission and its enclosures, or otherwise remove them from public access.

Mr. Erhardt's letter with enclosures was also filed in your court on another matter [21-CR-147] that had been pending before Judge Sinatra, and it has been sealed in that matter.

Thank you for your consideration of this request.

Respectfully submitted,

Brenda M. Freedman

Cc:   David Erhardt

Renee Christiano

Hope Jay, Esq.

Village of Blasdell Police Department, Officer in Charge, Dennis Feldman

Hon. Deborah Haendiges

Erie County Courts and New York Courts, Office of the Attorney General, Managing Attorney's Office; and Ana Brignoni-Waliczek, 8th JD Deputy Executive

Erie County Correctional Facility, John Garcia, Sheriff

Mary C. Loewenguth, Chief Clerk, United States District Court, Western District of New York

Hand Deliver

Ms. Mary C. Loewenguth, Chief Clerk
United States District Court
Western District of New York
2 Niagara Square
Buffalo, NY 14202