To The Clerk of The Court ,                                    2-26-26

   And

The Honorable Elizbeth Wolford,

Re. case No. 25-CV-6421, case No. 25-CV-6276 and case No. 1:21-CR-00147

  I am writing the court in responce to a letter I have just recieved from from an unknown person or persons on 2-25-26 I have inclosed a copie of the letter and the envelop. The letter is from Brenda Freedmen to your court, within her letter she is making refinance to a letter I recieved and sent a copie of to the court asking for help of what I should do and If there was something your court could do. This was a letter of confession authored and signed and notarized by Lieza Zionts, to which I have no reason to believe she was not the person who wrote that letter, Your court clerks responed to my request for help, by writing me back that federal court workers can not by law give legal advice and gave me the name,number and address of two legal aid groups that may help me with the matter of the letter of confession, to which I would like to say thank you. They also said within there responce that the letter I sent from Ms. Zionts was entered into the docket and records of the cases I have listed above. The letter of confession from Lieza Zionts speaks of people within my cases listed above , and there actions they have done and are still doing and those of Ms,Zionts, which all pertain to my cases.

The letter Brenda Freedman sent to your court and that was anonymously sent to me, she is asking to have the letter from Lieza Zionts to be sealed and removed from public access from within my cases listed above. For reasons she states as being what Ms. Zionts has said within her letter of illegal things her and others have done and are doing to whom all these people are in places of power, and Brenda Freedman categorically denys all allegations made by her admited friend Ms. Zionts and she is trying to say the letter is unverified  and may cause her harm.

I would request that the court please leave this letter and all letters and everything on the record and in the light of the publice access so nothing can be hidden. The letter of confession sent to me by Lieza is in fact verified by her signature and by having the letter notarized , Having a document notarized has always been a legal means for identification and is used by courts every day from buying houses to making will and everything in between and of course Brenda Freedmen does want anythig in the publice she may have done. If Brenda Freedmen has nothing to hide and denys all allegations made her friend Lieza Zionts then she should have no issuses with things being in the access of the public, And because she is a person who works as someone of power she not be treated differnt than averge people like myself The letter speaks to people with my law suits and Ms,Zionts is a witness to those acts done by these people within my cases and also maybe a witness to criminal actions these people have have done and talked about within her letter like Brenda Freedmen to which I'm most sure does not want it to be in the pulic please leave the letter in the record of public access

    Thank You and Respectfuly

David Erhardt :ICN:159608

Your honor, I don't know who sent me the wetter from Brenda Freedman. I believe Brenda Never wanted me to see it. I do Not have the words other than to say I am begging you to please keep everything in the open. If things are in the open then no one can hide or lie about anything. Lezazionts wetter speaks to the heart of much what is within my cases and she even incriminates herself. All of this has destroyed my life and I have fighting what these people have done to me for more than 6 years. and it only Now I have been able to start to show I was am innocence from what happen in case no. 1:21-CR-00147. I don't know what eles to say other than thank for taking the time to read my request and giving it your consideration, and I pray you grant it

Thank you and Respectfuly

David Erhardt

Brenda M. Freedman

████████████████████████

(address intentionally blank)

Hon. Elizabeth A. Wolford

United States District Court,

Western District of New York

2 Niagara Square

Buffalo, NY 14202

February 23, 2026

Re: Case No. 25-CV-6421, Docket No. 12

Case No. 25-CV-6276, Docket No. 6

Dear Judge Wolford,

I respectfully write to request that a letter filed in the above-referenced matters be sealed and removed from public access—specifically, the letter submitted by David Erhardt, together with its enclosures, filed on January 29, 2026. If granted, I further request this letter also be sealed.

One of the enclosures to Mr. Erhardt's submission is a letter purportedly authored by my friend, Lieza Zionts. Upon information and belief, that letter was not written by Ms. Zionts. The correspondence references me by name and contains allegations that I colluded with Ms. Zionts and others to defraud Mr. Erhardt. I categorically and unequivocally deny these allegations.

If left accessible to the public, these unverified and disputed accusations have the potential to cause serious reputational harm and to mislead readers reviewing the docket. For these reasons, I respectfully request that the Court seal the January 29, 2026 submission and its enclosures, or otherwise remove them from public access.

Mr. Erhardt's letter with enclosures was also filed in your court on another matter [21-CR-147] that had been pending before Judge Sinatra, and it has been sealed in that matter.

Thank you for your consideration of this request.


Respectfully submitted,

Brenda M. Freedman


Cc:     David Erhardt

Renee Christiano

Hope Jay, Esq.

Village of Blasdell Police Department, Officer in Charge, Dennis Feldman

Hon. Deborah Haendiges

Erie County Courts and New York Courts, Office of the Attorney General, Managing Attorney's Office; and Ana Brignoni-Waliczek, 8th JD Deputy Executive

Erie County Correctional Facility, John Garcia, Sheriff

Mary C. Loewenguth, Chief Clerk, United States District Court, Western District of New York

BUFFALO NY 140

24 FEB 2026   AM 1   L

LOVE
UNITED STATES OF AMERICA
FOREVER/USA

0.21

Mr. David Ernhardt  ICN: 159608
Erie County Correctional Facility
11581 Walden Ave
Alden, NY  14004

14004-979999

David Erhardt _____ ICN# 159608

Erie County Correctional Facility

11581 Walden Ave – Alden, New York 14004

(Legal mail)

ATTN: The clerk of the court
Honorable Elizbeth Wolford

Kenneth.B. Kealing Federal Building
U.S. CourtHouse
100 State Street Room 2120
Rochester. New York 14614

ROCHESTER NY 144

28 FEB 2026 PM 1

US POSTAGE PITNEY BOWES

Correction

ZIP 14202
02 7H
0006243218

$ 000.78⁰

FEB 27 2026

14614-136899

